■ Dennis Parache, Plaintiff, v DD 11th Avenue LLC et al., Appellants/Third-Party Plaintiffs-Appellants/Second Third-Party Plaintiffs-Appellants, and Mastercraft Masonry I, Inc., Respondent/Third-Party Defendant-Respondent, et al., Defendant. SMEG Corporation, Second Third-Party Defendant-Respondent, et al., Second Third-Party Defendant. [2 NYS3d 352]—Order, Supreme Court, New York County (Richard F.

Braun, J.), entered July 3, 2014, which, insofar as appealed from as limited by the briefs, granted the motion of defendant/third-party defendant Mastercraft Masonry I, Inc. (Mastercraft) and second third-party defendant SMEG Corporation (SMEG) for summary judgment dismissing all cross claims and third-party claims as against them, unanimously affirmed, with costs.

The record establishes that Mastercraft and SMEG were members of defendant-appellant JE Levine Builder Inc.'s Contractor Controlled Insurance Program. Accordingly, the antisubrogation rule bars the cross claims and third-party claims brought by defendants-appellants against Mastercraft and SMEG (see e.g. ELRAC, Inc. v Ward, 96 NY2d 58, 76-77 [2001]; Stranz v New York State Energy Research & Dev. Auth. [NYSERDA], 87 AD3d 1279, 1281-1282 [4th Dept 2011]). Concur—Mazzarelli, J.P., Sweeny, Moskowitz, Clark and Kapnick, JJ.